UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CORNELIUS ANTWINE ROE** | **CIVIL DOCKET NO. 3:23-1746** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JAY RUSSELL, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

After consideration of the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 15], together with the OBJECTION TO REPORT AND RECOMMENDATION [Doc. 16] having been filed thereto, and, after a *de novo* review of the record, concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff, Cornelius Antwine Roe's claims are DISMISSED WITH PREJUDICE for failure to state claims on which relief may be granted.

THUS DONE AND SIGNED in Chambers on this 5th day of March 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE